# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10381

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald H. Raybon<br><br>   Debtor.<br>―――――――――――――――<br>Wells Fargo Bank, N.A.<br><br>   Movant,<br> vs.<br><br>Ronald H. Raybon, Debtor; Eric M. Haley, Trustee.<br><br>   Respondents. | No. 2:11-bk-10422-RTB<br><br>Chapter 7<br><br>MOVANT'S MOTION TO LIFT<br>THE AUTOMATIC BANKRUPTCY STAY<br><br><br>RE:  Real Property Located at<br>8111 West Wacker Road<br>Peoria, AZ 85381 |

  Movant hereby requests an order granting relief from the automatic stay of 11 U.S.C. 362(a), to permit Movant to foreclose the lien of its Deed of Trust on real property owned by Debtor by trustee's sale, judicial foreclosure proceedings or the exercise of the power of sale, and to obtain possession and control of the real property.

…

…

This motion is supported by the attached Memorandum of Points and Authorities, which is incorporated herein by this reference.

DATED this 22nd day of April, 2011.

Respectfully submitted,

TIFFANY & BOSCO, P.A.


BY /s/ LJM # 014228
Mark S. Bosco
Leonard J. McDonald
Attorney for Movant


MEMORANDUM OF POINTS AND AUTHORITIES

Ronald H. Raybon filed a voluntary petition for protection under Chapter 7 of the Bankruptcy Code. Eric M. Haley was appointed trustee of the bankruptcy estate. Debtor has an interest in that certain real property located in Maricopa County, AZ, more particularly described as:

> Unit 56, DISCOVERY AT THE ORCHARD. according to Declaration of Horizontal Property Regime recorded in Document No. 84-091809 and Document No. 84·252170 and Document No. 84·328283, all of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona. recorded in Book 263 of Maps, page 23, and Affidavits recorded in Document No. 84-359538 and Document No. 84-440181 and as Document No. 85·195735, all of Official Records; TOGETHER WITH a proportionate undivided interest in and to the common area as set forth in said Declaration and as shown on said Plat

Debtor executed a Note secured by a Deed of Trust, dated February 8, 2006, recorded in the office of the Maricopa County Recorder's Office. True copies of the Note and Deed of Trust are annexed as Exhibits "A" and "B", respectively, and made a part hereof by this reference. Further, Movant is the assignee of the Deed of Trust. The assignment of record is annexed as Exhibit "C".

Movant is informed and believes and therefore alleges that the Debtor and the bankruptcy estate have no equity in the property. Pursuant to Debtor's Statement of Intentions the debtor intend on surrendering the title and possession interest in the subject property. A true and correct copy of the Debtor's Statement of Intention is attached hereto as Exhibit "D".

Further, Movant seeks relief for the purpose of foreclosing its Deed of Trust against the Debtor's interest in the real property located at 8111 West Wacker Road Peoria, AZ. The Movant further seeks relief in order to contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors.

## CONCLUSION

Movant requests that the court enter an order vacating the automatic stay of 11 U.S.C. Section 362(a) as to the debtor, the bankruptcy estate, the property, and Movant; to allow Movant to foreclose the lien of its Deed of Trust or Mortgage; to evict Debtor and/or successors of Debtor; and to obtain ownership, possession and control of the Property.

DATED this 22nd day of April, 2011.

TIFFANY & BOSCO, P.A.

BY /s/ LJM # 014228
    Mark S. Bosco
    Leonard J. McDonald
    2525 East Camelback Road, Suite 300
    Phoenix, Arizona 85016
    Attorneys for Movant