# TIFFANY & BOSCO
### P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

11-10381

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Ronald H. Raybon<br>        Debtor.<br>_____<br>Wells Fargo Bank, N.A.<br>        Movant,<br>  vs.<br>Ronald H. Raybon, Debtor, Eric M. Haley, Trustee.<br>        Respondents. | No. 2:11-BK-10422-RTB<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #10) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated February 8, 2006 and recorded in the office of the

Maricopa County Recorder wherein Wells Fargo Bank, N.A. is the current beneficiary and Ronald H. Raybon has an interest in, further described as:

> Unit 56, DISCOVERY AT THE ORCHARD. according to Declaration of Horizontal Property Regime recorded in Document No. 84-091809 and Document No. 84·252170 and Document No. 84·328283, all of Official Records and according to the plat of record in the office of the County Recorder of Maricopa County, Arizona. recorded in Book 263 of Maps, page 23, and Affidavits recorded in Document No. 84-359538 and Document No. 84-440181 and as Document No. 85·195735, all of Official Records;
>
> TOGETHER WITH a proportionate undivided interest in and to the common area as set forth in said Declaration and as shown on said Plat

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with the Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against the Debtors if the Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.